IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDIE BRANDY,<br><br>    Plaintiff,<br><br>vs.<br><br>JOE'S CAFÉ MEXICAN RESTAURANT, JOSE PALOMARES, and JOHN DOE 1 and 2 inclusive,<br><br>    Defendants. | 8:16CV482<br><br>ORDER |

This matter is before the court plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2). Part of the motion form includes an affidavit regarding the plaintiff's financial status. Upon consideration,

**IT IS ORDERED**:

The plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

Dated this 26th day of October, 2016.

                 BY THE COURT:

                 s/ Thomas D. Thalken
                 United States Magistrate Judge