IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDIE BRANDY, Individually;<br><br>Plaintiff,<br><br>vs.<br><br>JOE'S CAFE MEXICAN RESTAURANT, JOSE PALOMARES, and JOHN DOE 1 AND 2 INCLUSIVE,<br><br>Defendants. | 8:16CV482<br><br>ORDER OF DISMISSAL |

This matter is before the Court on Plaintiff's Notice of Dismissal, ECF No. 27. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court finds that the Motion should be granted, and the above-captioned action should be dismissed without prejudice. The Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. Plaintiff's Notice of Dismissal, ECF No. 27, is granted;

2. The above-captioned action is dismissed without prejudice;

3. Any pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 21st day of April, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge